# Court of Appeals
# of the State of Georgia

ATLANTA, __October 26, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2490.  McSMITH v. STEWART.**

This appeal was docketed on August 9, 2012, such that appellant Derek McSmith's brief was due on August 29. See Rule 23 (a) (appellant's brief is due within 20 days of docketing). As of the date of this order, however, McSmith has neither filed a brief nor moved for an extension of time. We therefore DISMISS his appeal. Id. (appellant's failure to file a timely brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/26/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*